UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation, | CASE NO. 22-cv-1446 |
| Plaintiff, | ORDER |
| v. | |
| BELMONT TRADING CO., INC., an Illinois corporation, | |
| Defendant. | |

On January 31, 2024, Plaintiff T-Mobile, Inc. notified the Court that Defendant Belmont Trading Co., Inc. had filed Chapter 11 bankruptcy in the Northern District of Illinois. Under LCR 89, "[i]f a party files for bankruptcy during the pendency of any action before this court, that party shall notify the court within three days by filing a Notice of Bankruptcy Filing." If "another party learns of the bankruptcy filing, that party must file the Notice within five days of learning of the bankruptcy filing." *Id*. Finally, "[t]he court may impose sanctions on one or more parties that fail to file the required Notice." *Id*.

**ORDER** - 1

The parties have not filed a Notice of Bankruptcy with this Court. *See* Dkt. The parties are ORDERED to file a Notice of Bankruptcy in this matter by February 2, 2024, identifying the filing party in the bankruptcy action, the date of the filing, the court where the filing occurred, and the parties' position as to whether the action is subject to an automatic stay under 11 U.S.C. § 362. *See* LCR 89. If the parties are unable to file the contemplated Notice, they must, by the same deadline, submit a joint status report explaining the status of the case.

It is so ORDERED.

Dated this 31st day of January, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2