UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC. , <br><br> Plaintiff, <br><br> v. <br><br> BELMONT TRADING CO., INC. , <br><br> Defendant. | CASE NO. 22-cv-1446 <br><br> ORDER |

The Court raises this issue sua sponte. On February 2, 2022, Plaintiff T-Mobile USA, Inc. filed a Notice of Bankruptcy stating that Defendant Belmont Trading Co., Inc. filed for bankruptcy under 11 U.S.C. §§ 101, *et seq*. Dkt. No. 21. T-Mobile stated that it "believes this action is stayed pursuant to section 362(a)(1) of the Bankruptcy Code . . ." *Id*.

In light of T-Mobile's Notice, the Court STRIKES all pending dates and deadlines in this matter. Further, T-Mobile's pending motion for summary judgment, Dkt. No. 16, is STRICKEN without prejudice. The parties must file a Joint Status Report every 180 days from entry of this Order apprising the Court of the status of the bankruptcy proceedings.

ORDER - 1

It is so ORDERED.

Dated this 23rd day of February, 2024.

                                                    Jamal N. Whitehead
                                                    United States District Judge

ORDER - 2