UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>BELMONT TRADING CO., INC, an Illinois corporation,<br><br>        Defendant. | CASE NO. 2:22-cv-01446<br><br>ORDER |

Kassel Financing, LLC's unopposed Motion for Substitution of Party comes before the Court. Dkt. No. 26. Upon review of the briefing, the record, and the relevant law, the Court finds that substitution is appropriate under Rule 25(c) and that it would "facilitate the conduct of the litigation." *See In re Bernal*, 207 F.3d 595, 598 (quoting Wright & Miller, *Federal Practice and Procedure* § 1958 (2d Ed. 1986)); Fed. R. Civ. P. 25(c).

Accordingly, the Court GRANTS the motion, Dkt. No. 26, and ORDERS that Kassel Financing, LLC substitute T-Mobile USA Inc. as Plaintiff in this matter. The Clerk of the Court is directed to amend the caption in this matter accordingly.

**ORDER** - 1

Dated this 2nd day of December, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2