UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KASSEL FINANCING LLC, | CASE NO. 2:22-cv-01446 |
| Plaintiff, | ORDER |
| v. | |
| BELMONT TRADING CO. INC., | |
| Defendant. | |

The Court raises this matter sua sponte. To keep the Court apprised of the related bankruptcy proceedings, the Court ordered the Parties to submit a joint status report every 180 days. Dkt. No. 22. The Parties have failed to comply with this order, as the latest report was due by March 25, 2025, and yet no report was filed. Accordingly, the Court ORDERS the Parties to submit the required status report by no later than May 9, 2025, or to show cause why they have failed to comply. Failure to act may result in dismissal under Fed. R. Civ. P. 41.

Dated this 30th day of April, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 1