UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KASSEL FINANCING LLC, | CASE NO. 2:22-cv-01446 |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| BELMONT TRADING CO. INC., | |
| Defendant. | |

On June 10, 2025, the Court ordered the Parties to submit a joint status report in 180 days, followed by supplemental status reports every 90 days thereafter. The Parties have failed to submit a joint status report as ordered, and there has been no other action in this case since June 2025.

Accordingly, the Court ORDERS the parties to show cause within SEVEN (7) DAYS of the date of this order why the Court should not dismiss this case under Fed. R. Civ. P. 41(b) and LCR 41(b)(1). Failure to respond will result in dismissal. The Clerk of the Court is DIRECTED to add this deadline to the Court's calendar.

ORDER TO SHOW CAUSE - 1

Dated this 2nd day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2