UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASSEL FINANCING LLC,

Plaintiff,

v.

BELMONT TRADING CO. INC.,

Defendant.

CASE NO. 2:22-cv-01446

ORDER

In response to the Court's order to show cause, Plaintiff has informed the Court that this case was settled via sale pursuant to § 363 of the U.S. Bankruptcy Code. Dkt. No. 37 at 1. Accordingly, Plaintiff moves to dismiss this matter with prejudice and without an award of fees or costs to any party under Fed. R. Civ. P. 41(a)(2), which authorizes the Court to dismiss any action at the plaintiff's request "on terms that the court considers proper." Based on the record, the Court finds these terms proper and DISMISSES this case with prejudice and without an award of fees or costs to any party. Fed. R. Civ. P. 41(a)(2).

ORDER - 1

Dated this 10th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2